**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1433**

———————————

In re: DUANE LETROY BERRY,

      Petitioner.

———————————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:20-hc-02085-M)

———————————

Submitted:  May 16, 2024                    Decided:  June 5, 2024

———————————

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Duane Letroy Berry, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duane Letroy Berry petitions for a writ of mandamus, seeking an order from this court directing the clerk of the district court to close his civil commitment proceeding for lack of jurisdiction.  We conclude that Berry is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances.  *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018).  Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires."  *Murphy-Brown*, 907 F.3d at 795 (cleaned up).  Mandamus may not be used as a substitute for appeal.  *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Berry is not available by way of mandamus.  Accordingly, we deny the petition for a writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2